## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Dionte Young

                        Plaintiff,

v.                                     Case No.: 1:17–cv–01914

                                     Honorable Sara L. Ellis

Cook County Jail, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 12, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiff's motion for extension of time to file amended complaint [21] is granted. Plaintiff should file an amended complaint by 5/11/18. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.