**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| Dionte Young | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 17-cv-01914 |
| | ) | |
| v. | ) | Judge Sarah L. Ellis |
| | ) | |
| Thomas J. Dart, Cook County Sheriff, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff Dionte Young, by his undersigned attorneys, hereby gives notice of the withdrawal of counsel with respect to his counsel in the above-captioned proceeding.

Please remove the following person from the service list for all future communications in this proceeding:

> Mario E. Dominguez
> ROONEY RIPPIE & RATNASWAMY LLP
> 350 W. Hubbard Street, Suite 600
> Chicago, Illinois 60654
> (312) 447-2800
> mario.dominguez@r3law.com

The above-stated withdrawal of counsel is effective immediately.

1

2

Dated:  July 13, 2018                                   Respectfully submitted,

                                                               By:   /s/ E. Glenn Rippie
                                                                            Attorney for Plaintiff

E. Glenn Rippie
Jacqueline M. Vidmar
Marjorie R. Kennedy
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois  60654
(312) 447-2800
glenn.rippie@r3law.com
jacqueline.vidmar@r3law.com
marjorie.kennedy@r3law.com

2

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedures, I, the undersigned, an attorney, hereby certify that I caused a copy of the Notice of Withdrawal of Counsel on behalf of Plaintiff Dionte Young to be served upon all parties listed on the service list below by placing a copy of the same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the U.S. mail box located at 222 W. Merchandise Mart Plaza, Chicago, Illinois 60654 prior to 5:00 p.m. on this 13th day of July, 2018.

/s/ E. Glenn Rippie
E. Glenn Rippie
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois 60654
(312) 447-2800

Cook County Sheriff's Office
50 Washington, Room 704
Chicago, Illinois 60602

Dionte Young, #K-83209
Sheridan Correctional Center
4017 E. 2603 Road
Sheridan, Illinois 60551