**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| Dionte Young | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 17-cv-01914 |
| | ) | |
| v. | ) | Judge Sarah L. Ellis |
| | ) | |
| Thomas J. Dart, Cook County Sheriff, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: (See Attached Certificate of Service)

PLEASE TAKE NOTICE that on Wednesday, July 18th, 2018, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sara L. Ellis and shall then and there present, **Plaintiff's Motion For Leave To File Plaintiff's Second Amended Complaint**, which was filed electronically with the Court and is available through the Court's system.

Dated: July 13, 2018

Respectfully submitted,

By: /s/ E. Glenn Rippie
E. Glenn Rippie, Attorney for Plaintiff

E. Glenn Rippie
Jacqueline M. Vidmar
Marjorie R. Kennedy
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois 60654
(312) 447-2800
glenn.rippie@r3law.com
jacqueline.vidmar@r3law.com
marjorie.kennedy@r3law.com

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedures, I, the undersigned, an attorney, hereby certify that I caused a copy of the above Notice of Motion to be served upon all parties listed on the service list below by placing a copy of the same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the U.S. mail box located at 222 W. Merchandise Mart Plaza, Chicago, Illinois 60654 prior to 5:00 p.m. on this 13th day of July, 2018.

  /s/ E. Glenn Rippie
E. Glenn Rippie
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois 60654
(312) 447-2800
glenn.rippie@r3law.com

Cook County Sheriff's Office
50 Washington, Room 704
Chicago, Illinois 60602

Dionte Young, #K-83209
Sheridan Correctional Center
4017 E. 2603 Road
Sheridan, Illinois 60551