## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dionte Young

                    Plaintiff,

v.                                         Case No.: 1:17−cv−01914
                                              Honorable Sara L. Ellis

Cook County Jail, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Motion for leave to file second amended complaint [35] is granted. Plaintiff should file his second amended complaint by 7/19/18. Motion to withdraw counsel for Plaintiff [34] is granted. Attorney Mario E Dominguez terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.