# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:
Dionte Young v. Tom Dart, et al.

Case Number: 17 C 1914

Judge: Sarah L. Ellis

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Dart, Officer J. Oomens, Officer A. Sanchez, Cook County Sheriff's Office, Cook County Jail

NAME  Anthony E. Zecchin

SIGNATURE  */s/ Anthony E. Zecchin*

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)
#6257706

TELEPHONE NUMBER
(312) 603-3373

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☒  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐