UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dionte Young, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 1914 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Sara Ellis |
| Dart, et al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' Motion For an Extension of Time to Answer or Otherwise Plead**,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Ellis, or before such other Judge sitting in her place or stead, on the 14th day of August, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 8th day of August, 2018.

Respectfully Submitted,
Kimberly M. Foxx
State's Attorney of Cook County
By: */s/ Bianca B. Brown*
Bianca B. Brown
Assistant State's Attorney
Richard J. Daley Center
50 West Washington, Room 500
Chicago, IL 60602
(312) 603-6638

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff pursuant to ECF, in accordance with the rules of electronic filing of documents on this 8th day of August, 2018.

*/s/ Bianca B. Brown*
Bianca B. Brown