**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Dionte Young, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 1914 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Sara Ellis |
| Tom Dart et. al, | ) | |
| | ) | |
| | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  All counsel of record

**PLEASE TAKE NOTICE** that on September 7, 2018, I caused the attached Defendant's Answer to Plaintiff's Second Amended Complaint to be filed on behalf of Defendants with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

          KIMBERLY M. FOXX
          State's Attorney of Cook County

By:  */s/ Bianca B. Brown*
      Bianca B. Brown
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-6638

## **CERTIFICATE OF SERVICE**

  Bianca Brown hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the Defendant's Answer, Affirmative Defenses and Jury Demand to Plaintiff's Second Amended Complaint was served pursuant to the District Court's ECF system as to ECF filers.


                */s/ Bianca Brown*
                Bianca Brown