## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dionte Young

                    Plaintiff,

v.                                                 Case No.: 1:17–cv–01914
                                                       Honorable Sara L. Ellis

Thomas J. Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held. Discovery schedule: Rule 26(a) disclosures are due by 10/20/2018; written discovery to issue after 11/1/2018; fact discovery closes on 1/18/2019. Status hearing set for 1/17/2019 at 9:30 a.m. to report on discovery and possible settlement. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.