**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| Dionte Young | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 17-cv-01914 |
| | ) | |
| v. | ) | Judge Sarah L. Ellis |
| | ) | |
| Thomas J. Dart, Cook County Sheriff, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   (See Attached Certificate of Service)

PLEASE TAKE NOTICE that on Thursday, January 17th, 2019, at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sara L. Ellis and shall then and there present, **Plaintiff's First Unopposed Motion To Extend Time To Conduct Discovery and Re-Schedule Status Hearing**, which was filed electronically with the Court and is available through the Court's system.

Dated:  January 14, 2019

Respectfully submitted,

By:   /s/ E. Glenn Rippie
E. Glenn Rippie, Attorney for Plaintiff

E. Glenn Rippie
Jacqueline M. Vidmar
Marjorie R. Kennedy
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois  60654
(312) 447-2800
glenn.rippie@r3law.com
jacqueline.vidmar@r3law.com
marjorie.kennedy@r3law.com

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedures, I, the undersigned, an attorney, hereby certify that I caused a copy of the above Notice of Motion and Plaintiff's First Unopposed Motion To Extend Time To Conduct Discovery and Re-Schedule Status Hearing to be served upon Defendants by electronic means pursuant to Electronic Case Filing (ECF) and served to the address listed below by placing a copy of the same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the U.S. mail box located at 222 W. Merchandise Mart Plaza, Chicago, Illinois 60654 prior to 5:00 p.m. on this 14th day of January, 2019.

    /s/ E. Glenn Rippie
E. Glenn Rippie
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois  60654
(312) 447-2800
glenn.rippie@r3law.com

Service List:

Bianca Brown
Anthony E. Zecchin
Attorneys for Defendants
Cook County State's Attorney's Office
50 W. Washington, Room 500
Chicago, IL 60602

Dionte Young
Plaintiff
4500 S. Michigan Ave.
Chicago, IL 60653