**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| Dionte Young | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 17-cv-01914 |
| | ) | |
| v. | ) | Judge Sarah L. Ellis |
| | ) | |
| Thomas J. Dart, Cook County Sheriff, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff Dionte Young, by his undersigned attorneys, hereby gives notice of the

withdrawal of counsel with respect to his counsel in the above-captioned proceeding.

Please remove the following person from the service list for all future communications in

this proceeding:

> Jacqueline M. Vidmar
> ROONEY RIPPIE & RATNASWAMY LLP
> 350 W. Hubbard Street, Suite 600
> Chicago, Illinois  60654
> (312) 447-2800
> jacqueline.vidmar@r3law.com

The above-stated withdrawal of counsel is effective immediately.

Dated:  January 17, 2019

Respectfully submitted,

By:  ___/s/ E. Glenn Rippie_____
  Attorney for Plaintiff

E. Glenn Rippie
Marjorie R. Kennedy
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois  60654
(312) 447-2800
glenn.rippie@r3law.com
marjorie.kennedy@r3law.com

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedures, I, the undersigned, an attorney, hereby certify that I caused a copy of the above Notice of Withdrawal of Counsel to be served upon Defendants by electronic means pursuant to Electronic Case Filing (ECF) and served to the address listed below by placing a copy of the same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the U.S. mail box located at 222 W. Merchandise Mart Plaza, Chicago, Illinois 60654 prior to 5:00 p.m. on this 17th day of January, 2019.

/s/ E. Glenn Rippie
E. Glenn Rippie
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois 60654
(312) 447-2800

Service List:

Bianca Brown
Anthony E. Zecchin
Attorneys for Defendants
Cook County State's Attorney's Office
50 W. Washington, Room 500
Chicago, IL 60602

Dionte Young
Plaintiff
4500 S. Michigan Ave.
Chicago, IL 60653