# EXHIBIT V

YOUNG, DIONTE J Case: 1:17-cv-01914 Document #: 125-23 Filed: 12/21/20 Page 2 of 2 PageID #:806  YOUNG_CCSAO619  00035769z
12/11/1973                                                                                                        20160627018

* Auth (Verified) *

**CERMAK HEALTH SERVICES OF COOK COUNTY** — **Health Service Request Form**

Last Name: YOUNG First Name: DION Division/Tier: 6
Date of Birth: 12 10 73 CCDOC# 2016 06 27018 Today's Date: Dec 25th 2016

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): _____
- Date last received medication: __/__/__
- ☐ Other: _____

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
I think I have a broken or crack bone in my left hand. After I was in a incident I thought it would be good by now. But its not getting better

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*
_____

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma  Date of trauma __/__/__
- ☐ Other: _____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) 4 days / weeks / (months) (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☒ Yes ☐ No

STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!

HSR Collected by: _____ Date: 12/26/16
Paper Triaged by nurse: Wheeler Date: 12/26/16
Referral: HSD ☐ Now ☐ Today ☐ Routine
Entered into Cerner by: _____ Date: __/__/__
Patient Seen by: _____ Date: __/__/__

CHS Form 86322 Rev March 2014